

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2022

No. 04-22-00663-CV

**$16,370.00 U.S. CURRENCY**,
Appellant

v.

**STATE** of Texas,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI14611
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

Appellant Jorge Perez's brief was due on December 16, 2022. *See* Tex. R. App. P. 38.6(a). To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* Tex. R. App. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2022.

MICHAEL A. CRUZ, Clerk of Court